| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| **Eastern** District of **California** (State) |
| Case number (If known): _____ Chapter ____ |

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual　　　　12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☒ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**: Villa Marche Stockton Acquisitions, LP

3. **Other names you know the debtor has used in the last 8 years**
   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**
   ☒ Unknown
   ___ ___ - ___ ___ ___ ___ ___ ___ ___
   EIN

5. **Debtor's address**

   | Principal place of business | Mailing address, if different |
   |---|---|
   | 1119 Rosemarie Lane<br>Number　Street | 3452 East Foothill Boulevard, Ste 200<br>Number　Street |
   | | P.O. Box |
   | Stockton　CA　95207<br>City　State　ZIP Code | Pasadena　CA　91107<br>City　State　ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | San Joaquin<br>County | Number　Street |
   | | City　State　ZIP Code |

Official Form 205　　　　Involuntary Petition Against a Non-Individual　　　　page 1

Debtor    Villa Marche Stockton Acquisitions, LP      Case number (if known)_____
            Name

6. **Debtor's website** (URL) _____

7. **Type of debtor**
   - ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☒ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**

   *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☐ None of the types of business listed.
   - ☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - ☒ No
   - ☐ Yes. Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
                                                   MM / DD / YYYY

     Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
                                                   MM / DD / YYYY

### Part 3: Report About the Case

10. **Venue**

    *Check one:*
    - ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*
    - ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - ☐ No
    - ☒ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205                  Involuntary Petition Against a Non-Individual                  page 2

| Debtor | Villa Marche Stockton Acquisitions, LP | Case number (if known) |
|---|---|---|
| | Name | |

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Steven Gianandrea, Co-Trustee of the Steven Gianandrea and Judy Baker Gianandrea Family Trust Dated 10/30/2007 | Under Secured Money Loan Breach of Contract | $ 3,000,000.00 |
| | | $ |
| | | $ |
| | Total of petitioners' claims | $ 3,000,000.00 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**
Steven Gianandrea, co-Trustee of the Steven Gianandrea and Judy Baker Gianandrea Family Trust, Dated 10/30/2007
Name

2039 Cove Ct
Number   Street

Stockton         CA    95204
City             State  ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City    State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✗   /s/ Steven Gianandrea, co-Trustee
Signature of petitioner or representative, including representative's title

**Attorneys**

Allison Cherry Lafferty
Printed name

Kroloff, Belcher, Smart, Perry & Christopherson
Firm name, if any

7540 Shoreline Drive
Number   Street

Stockton         CA    95219
City             State  ZIP Code

Contact phone  209-478-2000   Email  eobryant@kroloff.com

Bar number     204252

State          CA

✗   /S/ Allison Cherry Lafferty
Signature of attorney

Date signed  05/07/2024
             MM / DD / YYYY

Debtor _____    Case number (if known)_____
          Name

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____
City          State          ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City          State          ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
           MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City          State          ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
           MM / DD / YYYY

---

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____
City          State          ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City          State          ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
           MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City          State          ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
           MM / DD / YYYY

**ASSIGNMENT OF PROMISSORY NOTE**

FRANCLYN, LLC, a California limited liability company (the "LLC"), hereby assigns, conveys and transfers to

STEVEN GIANANDREA AND JUDY BAKER GIANANDREA CO-TRUSTEES OF THE STEVEN GIANANDREA AND JUDY BAKER GIANANDREA FAMILY TRUST DATED OCTOBER 30, 2007

the following assets of the LLC:

1. All rights and interest in the Promissory Note Secured by Deed of Trust dated February 3, 2016 in the principal amount of $3,500,000 (the "Note"), the Deed of Trust securing the Note, and the Guaranty thereof;

2. All rights and interest related to the sale of the assisted living facility formerly known as Villa Marche, including but not limited to rights under the Sale and Purchase Agreement and the Pro Ration and Indemnity Agreement related thereto;

3. Any and all other assets of the LLC, including but is not limited to any accounts receivable, billings, collections; and

4. Any and all rights related to the foregoing, specifically including the right to file and prosecute any lawsuit or take any other action related to any of the foregoing assets.

This Assignment is executed in connection with the liquidation and dissolution of the LLC, and is effective February 3, 2017.


FRANCLYN, LLC

By: STEVEN GIANANDREA, Manager

By: JUDY BAKER GIANANDREA, Manager

G:\VKL\VILLA MARCHE.EMP\SALE 2015\ASSIGNMENT.NOTE.DOCX